# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ISIAH TRUJILLO,

    Petitioner,

v.                                                                               No. CV 19-584 KG/CG

SUPREME COURT OF NEW MEXICO,

    Respondent.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Petitioner Isiah Trujillo's *Pro Se Notice of Appeal from a[n] Order by the Supreme Court of the State of New Mexico* (the "Notice"), (Doc. 1), filed June 24, 2019. The Notice appears to raise *habeas corpus* ("habeas") claims under 28 U.S.C. § 2254.

The Court finds Mr. Trujillo's Notice is deficient for two reasons. First, because Mr. Trujillo did not use the standard § 2254 form, it is not clear which convictions Mr. Trujillo challenges and what claims Mr. Trujillo seeks to raise. Second, Mr. Trujillo did not prepay the $5 habeas filing fee nor did he apply to proceed *in forma pauperis. See* 28 U.S.C. §§ 1915(a)(2).

The Court will therefore require Mr. Trujillo to refile his claims on the proper form and address the filing fee within thirty (30) days of entry of this Order. Mr. Trujillo must include the civil action number, 19-cv-584 KG/CG, on all papers he files in the future. Failure to timely cure these deficiencies may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that no later than August 30, 2019, Mr. Trujillo

shall: (1) refile his claims on the proper § 2254 form and explain which convictions he challenges and what claims he seeks to raise; and (2) prepay the $5 filing fee or, alternatively, submit an application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk's office send Mr. Trujillo, together with a copy of this Order, a form § 2554 petition and a form *Application to Proceed in District Court Without Prepaying Fees or Costs*.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE