IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISIAH TRUJILLO,

    Petitioner,

v.                                                              No. 2:19-cv-00584-KWR-CG

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO, et al.,

    Respondents.

## ORDER GRANTING MOTION TO DISMISS CLAIMS

**THIS MATTER** is before the Court on Petitioner Isiah Trujillo's *Response to Second Order to Show Cause*, (the "Motion"), (Doc. 22), filed January 27, 2021. In his Motion, Mr. Trujillo explains he would like to "dismiss all determined unexhausted state claims without prejudice" from his *Amended Petition*, (Doc. 11). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that grounds two and four, and arguments two and three of ground three, in his *Amended Petition*, (Doc. 11), shall be **DISMISSED FROM THIS ACTION WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

_____
**THE HONORABLE KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**