IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISIAH TRUJILLO,

    Petitioner,

v.                                                        No. CV 19-584 KWR/CG

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO, et al.,

    Respondents.

**ORDER TO FILE A RESPONSE ON THE MERITS
AND QUASHING ORDERS TO SHOW CAUSE**

**THIS MATTER** is before the Court upon review of the record. Mr. Trujillo has agreed to dismiss grounds two and four, and arguments two and three of ground three, in his *Amended Petition*, (Doc. 11). *See* (Doc. 22); (Doc. 24).

As such, the Court will issue proposed findings and a recommended disposition on the substance of ground one, ineffective assistance of counsel, and argument one of ground three, which is that the state district judge erred by failing to admit expert testimony from Nurse Practitioner Jackie Lardie in his state court proceeding. (Doc. 11 at 5, 8). Having conceded that these claims have been properly exhausted, Respondents are directed to respond to the merits of ground one and argument one of ground three.

**IT IS THEREFORE ORDERED** that Respondents shall file a written response addressing the merits of Mr. Trujillo's remaining claims for relief no later than **March 5, 2021**.

**IT IS FURTHER ORDERED** that the Court's *Order to Show Cause*, (Doc. 17), is hereby **QUASHED**.

**IT IS FINALLY ORDERED** that the Court's *Second Order to Show Cause*, (Doc. 21), is hereby **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE