IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISIAH TRUJILLO,

    Petitioner,

v.                                                           No. 2:19-cv-00584-KWR-CG

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO, et al.,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALBILITY

**THIS MATTER** is before the Court on the Tenth Circuit Court of Appeals' *Order*, (Doc. 33), entered June 22, 2021, remanding this case for the Court to consider whether to issue a certificate of appealability regarding the Court's *Order Adopting Chief Magistrate Judge's Proposed Findings and Recommended Disposition*, (Doc. 29). Under 28 U.S.C. § 2253(c), the Court determines that Petitioner Isiah Trujillo has failed to make a substantial showing that he has been denied a constitutional right for the reasons stated in the Court's *Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition*, (Doc. 29). The Court will therefore **DENY** a certificate of appealability.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**